IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL COPELAND,<br><br>    Defendant. | 4:21CR3048<br><br>**ORDER** |

  After reviewing the evaluation from the Federal Medical Center, (Filing No. 34), questioning Defendant, (Filing No. 37), and hearing defense counsel's assessment on this issue, the court finds Defendant has the cognitive ability, competence, and capacity to consult with counsel, understand the criminal proceedings, and participate with and assist counsel in the defense of this case.

  Accordingly,

  IT IS ORDERED that Defendant is competent to stand trial.

  November 10, 2021.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge