IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MICHAEL COPELAND,<br><br>           Defendant. | **4:21CR3048**<br><br><br>**ORDER** |

Defendant will be participating in pretrial diversion. The parties therefore orally move to continue the trial of this case. The court finds the motion should be granted. Accordingly,

1) The parties' oral motion to continue is granted, and the trial of this case, previously scheduled for February 22, 2022, is continued pending further order of the court.

2) The court finds the ends of justice served by granting the parties' request to continue progression and trial of this case outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and February 28, 2023, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act. 18 U.S.C. § 3161(h)(7). Failing to timely object to this order as provided under the court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

3) A telephonic status conference will be held before the undersigned magistrate judge on February 28, 2023 at 10:00 a.m. Counsel shall use the conferencing instructions provided by the court to participate. This conference will be cancelled upon advance notice that Defendant has successfully completed pretrial diversion.

February 17, 2022.                         BY THE COURT:

                                                                          *s/ Cheryl R. Zwart*
                                                                          United States Magistrate Judge