IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3048 |
| vs. | |
| MICHAEL COPELAND, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's motion to dismiss (filing 57). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant. Accordingly,

IT IS ORDERED:

1.  The plaintiff's motion to dismiss (filing 57) is granted.

2.  The indictment is dismissed without prejudice as to the above-captioned defendant.

Dated this 4th day of January, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge